IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAFILS Y AKPOVI,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>DAVID DOUGLAS, District Director USCIS Nebraska District Office; WILLIAM CONNOR, Field Office Director U.S. Citizenship and Immigration Services; KENNETH T. CUCCINELLI, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services; CHAD F. WOLF, Acting Secretary U.S. Department of Homeland Security; and WILLIAM BARR, Attorney General U.S. Department of Justice;<br><br>　　　　　　Respondents. | 8:20CV268<br><br>**ORDER** |

IT IS ORDERED:

1) Defendants' motion to substitute (Filing No. 35) is granted.

2) Douglas R. Semisch is withdrawn as counsel and shall no longer receive electronic notice in this case.

3) Steven A. Russell is substituted as counsel for Defendants William Barr, David Douglas, Chad F. Wolf, Kenneth T. Cuccinelli, and William Connor.

Dated this 16th day of July, 2021.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge